UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KRISTIN JACOBSON and ALEXA JACOBSON,<br><br>            Plaintiffs,<br>vs.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>            Defendant. | CASE NO. 2:17-cv-02595-JAM-DB<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, and good cause appearing therefore, this Court hereby dismisses this matter with prejudice, each party to bear its own fees and costs.

Dated: 2/8/2018          /s/ John A. Mendez_____
                         Honorable John A. Mendez
                         United States District Court Judge

1148078/36628106v.1